# NO. 12-13-00247-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE COUNTY* |
| *G. Y. AND C. Y.,* | § | *COURT AT LAW NO 2* |
| *CHILDREN,* | § | *ANGELINA COUNTY, TEXAS* |

---

## MEMORANDUM OPINION
### PER CURIAM

The parties to this appeal have filed a joint motion to reverse the judgment of the trial court, without regard to the merits, and remand this case for further proceedings in accordance with the terms of their settlement agreement. The parties state in their motion that they no longer wish to pursue the appeal.

This court is of the opinion that the motion should be granted. Accordingly, we **grant** the motion, **reverse** the trial court's judgment, without regard to the merits, and **remand** this case to the trial court for further proceedings in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

Opinion delivered September 30, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### SEPTEMBER 30, 2013

### NO. 12-13-00247-CV

### IN THE INTEREST OF G. Y. AND C. Y., CHILDREN,

Appeal from the County Court at Law No 2

of Angelina County, Texas (Tr.Ct.No. CV-01699-12-09)

THIS CAUSE came on to be heard on the joint motion to reverse the judgment of the trial court, without regard to the merits, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted**, the trial court's judgment be **reversed**, without regard to the merits, and the case **remanded** to the trial court for further proceedings in accordance with the parties' agreement, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*